UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-81381-CV-MIDDLEBROOKS

CHRIS BEITLER, on behalf of himself and
all others similarly situated,

        Plaintiff,

v.

THE SESSIONS FIRM, LLC,

        Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' "Joint Stipulation for Dismissal with Prejudice" ("Stipulation"), filed on February 21, 2018. (DE 11). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) Each party shall bear its own attorney's fees and costs.

(3) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 23 day of February, 2018.

        DONALD M. MIDDLEBROOKS
        UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record